■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE BROWN, Appellant. [913 NYS2d 608]—Appeal from a judgment of the Supreme Court, Orleans County (James P. Punch, A.J.), rendered July 7, 2009. The judgment convicted defendant,

upon his plea of guilty, of criminal contempt in the second degree and criminal trespass in the second degree.

It is hereby ordered that said appeal is unanimously dismissed as moot (*see People v Rollins*, 50 AD3d 1535, 1536 [2008], *lv denied* 10 NY3d 939 [2008]). Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.